FILED
CLERK, U.S. DISTRICT COURT
12/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL KARHANEK,<br><br>    Defendant. | CR 2:20-cr-00617-DMG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1119(b): Foreign Murder of a United States National; 18 U.S.C. § 2261(a)(1): Traveling in Foreign Commerce with Intent to Commit Murder, a Crime of Domestic Violence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1119(b)]

On or about February 27, 2016, in the country and within the jurisdiction of Belize, defendant MICHAEL KARHANEK, a national of the United States, with premeditation, deliberation, and malice aforethought, unlawfully and willfully killed Tiffany Karhanek, a national of the United States.

COUNT TWO

[18 U.S.C. § 2261(a)(1)]

On or about February 25, 2016, defendant MICHAEL KARHANEK, traveled in foreign commerce, from Los Angeles County, within the Central District of California, to the country of Belize, with the intent to kill his spouse, Tiffany Karhanek, and in the course of and as a result of such travel, committed murder, a crime of violence, against his spouse, Tiffany Karhanek.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
GREGORY A. LESSER
Assistant United States Attorneys