```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
GREGORY A. LESSER (Cal. Bar No. 186681)
Assistant United States Attorney
Supervisor of CVB/Misdemeanors
JEFFREY M. CHEMERINSKY (Cal. Bar No. 270756)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6682/6520
     E-mail:   Gregory.Lesser@usdoj.gov
               Jeffrey.Chemerinsky@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
1/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-00617-AB |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL MATTER AND DISMISS INDICTMENT |
| v. | |
| MICHAEL KARHANEK, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Gregory A. Lesser and Jeffrey M. Chemerinsky, hereby files its Motion to Unseal Matter and Dismiss the Indictment in this matter.

The United States moves for unsealing of the Indictment and related documents in this matter, United States v. Karhanek, 2:20-CR-00617-AB, including the instant Motion and Order thereon, because the

1 reasons for the United States' request for sealing such Indictment
2 and related documents no longer exists, as set forth below.
3     Pursuant to Federal Rule of Criminal Procedure 48(a), the United
4 States also moves to dismiss the Indictment in this matter on the
5 following ground.  The United States has reviewed an official Death
6 Certificate from the County of Ventura, State of California, which
7 indicated that defendant Michael Karhanek was found by the Medical
8 Examiner of said County to have passed away as of December 14, 2020.
9     Based upon the foregoing, the United States requests that the
10 documents on file in this matter, including the instant motion and
11 the order hereon, be unsealed, and that the entire matter be
12 dismissed in the interest of justice.

13 Dated: January 8, 2021      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

     /s/
_____
GREGORY A. LESSER
JEFFERY M. CHEMERINSKY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA